**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

BRADLEY JOSEPH STEIGER,

        Plaintiff,

vs.                                                                      Case No. 2:16-cv-895-TJC

WALLACE CAPEL, JR., et al.,

        Defendants.

_____

## ORDER

Plaintiff, an inmate of the Alabama penal system, initiated this case by filing a pro se Complaint (Doc. 1). Upon review of the Complaint, the assigned United States Magistrate Judge issued a Recommendation (Doc. 4) recommending that Plaintiff's case be dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed Objections (Doc. 6).

After a de novo review of the record, the Court concludes that Plaintiff's Objections are without merit and the Magistrate Judge's Recommendation should be adopted. Accordingly, it is

**ORDERED**:

1.      Plaintiff's Objections (Doc. 6) are **OVERRULED** and the Recommendation (Doc. 4) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.      This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

3.      A separate judgment will enter, after which the Clerk of Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of December, 2016.

_____
TIMOTHY J. CORRIGAN
United States District Judge

cr 12/15
copies to:
Honorable Terry F. Moorer
United States Magistrate Judge

Bradley Joseph Steiger